1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| EDWIN GARCIA, | Case No. 1:16-cv-00237 DLB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE (Document 11) |
| v. | |
| CDCR MEDICAL DEPARTMENT, | ORDER DENYING PLAINTIFF'S MOTION FOR TRANSLATOR |
| Defendant. | (Document 12) |

11

12

13

14

15

16    Plaintiff Edwin Garcia ("Plaintiff"), a state inmate in the custody of the California

17 Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma

18 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  Plaintiff filed this action on

19 February 19, 2016.

20    On June 29, 2016, the Court issued an order to show cause why this action should not be

21 dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff was ordered to file

22 response within twenty-one (21) days.

23    On July 11, 2016, Plaintiff filed his response.  For good cause, the order to show cause is

24 DISCHARGED.

25    Plaintiff also requests that a Spanish translator be appointed because he cannot read or

26 write English very well.  The Court does not have the ability to appoint such assistance, however.

27 Plaintiff has submitted documents to the Court that are legible and easy to understand, and it does

28

---

[1]  Plaintiff consented to the jurisdiction of the United States Magistrate Judge on April 18, 2016.

1   not appear that he is having difficulty communicating.[2]  If and when Plaintiff needs to

2   communicate directly with the Court without *any* assistance, either during a hearing or at trial, the

3   Court will consider the assistance of a translator.

4          Plaintiff SHALL file an amended complaint pursuant to the May 11, 2016, order within

5   thirty (30) days of the date of service of this order.

6

7   IT IS SO ORDERED.

8      Dated:   __**July 13, 2016**__                    _____ /s/ *Dennis L. Beck*

9                                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

[2]  The Court understands that this may be because of inmate assistance.

2